THE HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CHELSEA BRADBERRY and BRADLEY L. HOLMES-BRADBERRY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign company doing business in Washington,<br><br>Defendant. | NO. 2:25-cv-01990-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE** |

THIS MATTER has come before the undersigned Judge of United States District Court for the Western District of Washington. The parties stipulated by and through their respective attorneys and the Court has reviewed the file and considered the following:

1. Stipulated Motion to Extend Expert Witness Disclosure Deadline.



**Christopher M. Walsh**
**WALSH & WALSH, PLLC**
P.O. Box 6876
Tacoma, WA 98417
(253) 753-1920
cwalsh@walshandwalshattorneys.com

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Stipulated Motion to Extend Expert Witness Disclosure Deadline is hereby GRANTED. The deadline for Expert Witness Disclosure/Reports under Fed. R. Civ. P. 26(a)(2) is extended from October 7, 2026, to November 9, 2026. All other dates in the Amended Case Schedule (Dkt. 15) remain unchanged.

DONE this 6th day of October 2026.

Robert S. Lasnik
United States District Judge

Presented By:

**WALSH & WALSH, PLLC**

*/s/ Christopher M. Walsh*
Christopher M. Walsh, WSBA # 59454
*Attorney for Plaintiffs Chelsea Bradberry & Bradley L. Holmes-Bradberry*
P.O. Box 6876
Tacoma, WA 98417
(253) 753-1920
cwalsh@walshandwalshattorneys.com



**Christopher M. Walsh**
**WALSH & WALSH, PLLC**
P.O. Box 6876
Tacoma, WA 98417
(253) 753-1920
cwalsh@walshandwalshattorneys.com